JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONWIDE MEDICAL, INC., HOWARD SIEGEL, DAVID SIEGEL, and Does 1 through 10, inclusive.<br><br>　　Defendants. | CASE NO. 2:15-cv-00436 DDP (FFM)<br><br>**JUDGMENT FOR PLAINTIFF/COUNTER-DEFENDANT SCOTTSDALE INSURANCE COMPANY** |
| NATIONWIDE MEDICAL, INC., HOWARD SIEGEL, and DAVID SIEGEL,<br><br>　　Counter-Claimants,<br>v.<br>SCOTTSDALE INSURANCE COMPANY,<br><br>　　Counter-Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion of plaintiff/counter-defendant Scottsdale Insurance Company ("Scottsdale") for summary judgment, or, in the alternative, partial summary judgment, came on regularly for hearing before this Court on October 23, 2017, at 10:00 a.m.

After consideration of the admissible evidence, the separate statement of uncontroverted facts and conclusions of law, and the points and authorities, the Court hereby finds that there is no genuine issue as to any material fact, and Scottsdale is entitled to judgment as a matter of law, with respect to the following:

First, there is no genuine issue as to any material fact and Scottsdale is entitled to judgment as a matter of law with respect to Scottsdale's first cause of action for declaratory relief and reimbursement because the business and management indemnity policy issued by Scottsdale to Nationwide Medical, Inc. (the "Policy") does not cover the underlying action, *Calligeros v. Nationwide Medical, Inc., et. al.,* Los Angeles Superior Court Case No. BC512982 (the "Underlying Action.").

Second, there is no genuine issue as to any material fact and Scottsdale is entitled to judgment as a matter of law with respect to Scottsdale's second cause of action for allocation, as the allocation provision in the Policy makes clear that Scottsdale is only obligated to provide indemnity for covered claims, and the judgment in the Underlying Action is not covered, in whole or in part.

Third, there is no genuine issue as to any material fact and Scottsdale is entitled to judgment as a matter of law with respect to Nationwide's first cause of action for declaratory relief, because the Policy does not cover the Underlying Action.

Fourth, there is no genuine issue as to any material fact and Scottsdale is entitled to judgment as a matter of law with respect to Nationwide's second cause of action for breach of contract, because Scottsdale does not owe Nationwide

additional benefits under the Policy.

Fifth, there is no genuine issue as to any material fact and Scottsdale is entitled to judgment as a matter of law with respect to Nationwide's third cause of action for breach of the implied covenant of good faith and fair dealing because the Policy does not cover the Underlying Action.

Dated: February 20, 2018          By: /s/ Dean D. Pregerson
                                        Dean D. Pregerson
                                        UNITED STATES COURT DISTRICT JUDGE