UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MEDICAL, INC., HOWARD SIEGEL, DAVID SIEGEL, and Does 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:15-cv-00436 DDP (FFM)<br><br>**JUDGMENT AGAINST NATIONWIDE MEDICAL, INC., HOWARD SIEGEL, AND DAVID SIEGEL** |
| NATIONWIDE MEDICAL, INC., HOWARD SIEGEL, and DAVID SIEGEL,<br><br>Counter-Claimants,<br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>Counter-Defendant. | |

Upon consideration of the Settlement Agreement and General Release and the Stipulation for entry of judgment Against Nationwide Medical, Inc., Howard Siegel And David Siegel, it is

**ORDERED, ADJUDGED AND DECREED**, that judgment is granted in Favor of Scottsdale Insurance Company, against Nationwide Medical, Inc., Howard Siegel And David Siegel, in the amount of One Million Eight Hundred Seventy-Five Thousand Dollars ($1,875,000.00).

Dated: July 19, 2019     By: _____

Hon. Dean D. Pregerson
UNITED STATE DISTRICT COURT JUDGE

2